

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,508-02

### IN RE BENJAMIN MARTINEZ HUERTA, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. CR18465-A IN THE 271ST DISTRICT COURT
### FROM WISE COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He complains that the trial court is not complying with a remand order from this Court.

Relator filed a habeas application in the trial court. He alleged that his guilty plea was involuntary due to the ineffective assistance of his trial counsel. He provided evidentiary support. The trial court forwarded the habeas application to this Court without a response from trial counsel or findings. This Court remanded the application to the trial court to obtain a response from trial counsel and enter findings. The trial court sought and received two extensions of time to comply with the remand order. The trial court later filed findings of fact and conclusions of law, but there

is no response from trial counsel in the habeas record supplied to this Court. As this Court stated in the remand order, to obtain the response, the trial court may use any means set out in Article 11.07, § 3(d), of the Texas Code of Criminal Procedure.

Respondent, the Judge of the 271st District Court, shall have the record to this Court supplemented with trial counsel's response or indicate why a response cannot be obtained. The trial court shall comply with this Court's order within forty-five days of the date of its filing. This motion for leave to file will be held until Respondent has complied with this order.

Filed: October 7, 2020
Do not publish